FILED

08/18/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0485

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0485

_____

DAVID RAFES,

     Plaintiffs and Appellants,

  v.                            O R D E R

ANDY BUTTS,

     Defendant and Appellee.

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to David Rafes, to all counsel of record, and to the Honorable Brenda Gilbert, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
August 18 2021